IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 3:17-CR-290-K |
| | § | |
| ADAN ISRAEL SALAZAR | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the report of the psychological evaluation of Defendant Adan Israel Salazar submitted by the Bureau of Prisons, dated July 25, 2017 and filed on August 14, 2017 ("Report"), Doc. 17. On January 18, 2018, pursuant to this Court's referral, U.S. Magistrate Judge Renée Harris Toliver held a competency hearing regarding the Report, at which Defendant Salazar offered no objection to the report, no evidence, and no argument.

No objections have been filed by the Government or Defendant, thus, the Court has reviewed the Magistrate Judge's proposed findings and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings and Recommendation of the United States Magistrate Judge.

It is **ORDERED** that the findings in the Report, Doc. 17, regarding competency, are hereby adopted.

Therefore, the Court finds that Defendant Adan Israel Salazar is competent to stand trial.

A scheduling order shall issue setting this case for trial.

SO ORDERED.

Signed January 23rd, 2018.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE